Pavneet Singh Uppal, SBN 016805
Kris Leonhardt, SBN 026401
FISHER & PHILLIPS LLP
3200 N. Central Avenue, Suite 1550
Phoenix, Arizona 85012-2487
Telephone: (602) 281-3400
Fax: (602) 281-3401
puppal@fisherphillips.com
kleonhardt@fisherphillips.com
Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Daniel Kotora,<br><br>          Plaintiff,<br><br>     v.<br><br>Highland Cabinetry, Inc.,<br><br>          Defendant. | No. 2:22-cv-00441-DWL<br><br>**NOTICE OF SETTLEMENT** |

Pursuant to Local Rule of Civil Procedure 40.2(d), the Parties hereby give notice that they have reached a settlement in the above-entitled matter. As a result, the Parties respectfully request all case deadlines be vacated or otherwise stayed pending submission of their stipulated motion to dismiss this matter with prejudice, which shall be filed forthwith.

RESPECTFULLY SUBMITTED this 27th day of February 2023.

FISHER & PHILLIPS LLP

By s/ *Kris Leonhardt*
   Pavneet Singh Uppal
   Kris Leonhardt
   3200 N. Central Avenue, Suite 1550
   Phoenix, Arizona 85012-2487
   Attorneys for Defendant

FP 46291098.1

| | |
|---|---|
| 1 | THE FOSTER GROUP |
| 2 | By s/ *Troy P. Foster* (with permission) |
| 3 | Troy P. Foster |
| 4 | Megan Weides |
|  | Haley R. Carr |
| 5 | 902 W. McDowell Road |
|  | Phoenix, AZ 85007 |
| 6 | Attorneys for Plaintiff |

(Left margin: FISHER & PHILLIPS LLP, 3200 N. Central Avenue, Suite 1550, Phoenix, Arizona 85012-2487, (602) 281-3400)

Lines 7–28 blank.

2

FP 46291098.1

**CERTIFICATE OF SERVICE**

I hereby certify that on February 27, 2023, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrant(s):

Troy P. Foster
Megan Weides
Haley R. Carr
THE FOSTER GROUP
902 W. McDowell Road
Phoenix, AZ 85007
tfoster@thefosterlaw.com
mweides@thefosterlaw.com
hcarr@thefosterlaw.com
Attorneys for Plaintiff


 s/ *Christine Logan*

3

FP 46291098.1