# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Daniel Kotora,<br><br>          Plaintiff,<br><br>v.<br><br>Highland Cabinetry Incorporated,<br><br>          Defendant. | NO. CV-22-00441-PHX-DWL<br><br>**JUDGMENT OF DISMISSAL IN A CIVIL CASE** |

**Decision by Court.**  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Notice of Settlement and the Court's Orders filed February 27, 2023 and April 27, 2023, this action is dismissed.

                                            Debra D. Lucas
                                            District Court Executive/Clerk of Court

June 29, 2023

                                            s/ Wendy Poth
                                  By   Deputy Clerk